UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRESTON LEWIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-1416** |
| **NANNETTE JOLIVETTE BROWN, ET AL.** | **SECTION: "E"(1)** |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the Plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation,[1] hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly,

**IT IS ORDERED** that this lawsuit is **DISMISSED** for failure to state a claim and for seeking monetary relief against Defendants who are immune from suit under 28 U.S.C. § 1915(e)(2)(B)(ii-iii).

**New Orleans, Louisiana, this 5th day of January, 2026.**

          _____
          **SUSIE MORGAN**
          **UNITED STATES DISTRICT JUDGE**

---

[1] Plaintiff has filed documents styled as a "Notice of Submission" and a "Notice of Appeal." R. Doc. 10; R. Doc. 11. However, Plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation. Plaintiff appears to intend to appeal this Order and the accompanying judgment to the Fifth Circuit.